JS-6 Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BOBBY M. PEREZ,

    Petitioner,

vs.

McDONALED, Warden,

    Respondent.

Case No. CV 11-5724-GHK (RNB)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 5/30/12

GEORGE H. KING
UNITED STATES DISTRICT JUDGE